# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| JALIN REALTY CAPITAL ADVISORS, LLC, | Civil Nos. 11-165 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATIONS** |
| A BETTER WIRELESS, NISP, LLC, | |
| Defendant, and | |
| RHYTHM STONE MEDIA GROUP, LLC, | |
| Counter Defendant. | |

_____

Anthony E. Patterson, **ANTHONY E. PATTERSON PC,** 310 Grant Street, Suite 825, Pittsburg, PA 15219, Matthew L. Fling, 4018 West 65th Street, Suite 100, Edina, MN 55435, for plaintiff.

Erin O. Dungan, Michael M. Lafeber, **WINTHROP & WEINSTINE, P.A.,** 225 South Sixth Street, Suite 3500, Minneapolis, MN 55402, for defendant.

Andrew Ndubisi Ucheomumu, **LAW OFFICES OF ANDREW NDUBISI UCHEOMUMU,** 4938 Hampden Lane, Suite 133, Bethesda, MD 20814, for counter defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS HEREBY ORDERED** that A Better Wireless, NISP, LLC's Motion for Substitution and to Lift Stay [Docket No. 143] is **GRANTED**.

Dated: May 11, 2017                      s/John R. Tunheim                    
at Minneapolis, Minnesota                JOHN R. TUNHEIM
                                         Chief Judge
                                         United States District Court